O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7951 AHM (ANx) | Date | February 4, 2010 |
|---|---|---|---|
| Title | JASON WORKMAN v. INTRACORP, L.A., *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

On October 29, 2009, Plaintiff Jason Workman filed this action against ten defendants (eight business entities and two individuals whom Plaintiff claims are the alter egos of the accused business entities).

On January 4, 2010, three of the defendants—Countrywide Home Loans, Inc., ("Countrywide"), Landsafe, Inc. ("Landsafe") and Landsafe Appraisal Services's ("LAS") filed a Motion to Dismiss. On January 5, 2010, three different defendants—Intracorp, L.A. ("Intracorp"), Marina Pointe II, LLC ("Marina Pointe") and Marina Del Ray Venture's ("MDRV")—filed a Motion to Compel Judicial Reference or in the Alternative to Extend the Time for Defendants to Respond to Plaintiff's Complaint. Plaintiff did not file an opposition to either motion.

On January 27, 2010, the Court ordered Plaintiff's counsel, Chance Gordon, to appear at the February 1, 2010 hearing. On the morning of February 1, 2010, Mr. Gordon filed a declaration with the Court, in which he agreed that the following ruling would be appropriate: "1) ordering the matter to arbitration as to the Intracorp and Marina Defendants, and, 2) dismissal of Countrywide and the remaining defendants without prejudice with the anticipation that the action will be re-filed in State Court." (Gordon Decl. ¶ 11.)

At the February 1 hearing, at which Mr. Gordon was present, the Court granted both the Motion to Dismiss and the Motion to Compel Judicial Reference. The Court ordered Mr. Gordon to file with the Court, by not later than February 3, 2010, a report stating what, if anything, was left of the case as to the remaining Defendants. Mr. Gordon failed to comply with the Court's order. Additionally, Plaintiff has not filed

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-7951 AHM (ANx) | Date | February 4, 2010 |
|---|---|---|---|
| Title | JASON WORKMAN v. INTRACORP, L.A., *et al*. | | |

proofs of service showing that the Complaint was served on any of the remaining Defendants.

    Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE, by not later than February 12, 2010, why this case should not be dismissed for lack of prosecution. Failure to comply will be construed as consent to dismissal of the action in its entirety.

                                                                                       :

Initials of Preparer                SMO